IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WEAVER BROS. INSURANCE
ASSOCIATES, INC.,

    Plaintiff,

v.

JACQUELINE BRAUNSTEIN, et al.,

    Defendants.

CIVIL ACTION
NO. 11-5407

## ORDER

**AND NOW**, this 9th day of June 2014, in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' counterclaim for Breach of Fiduciary Duties Under ERISA is **GRANTED**.

2. Plaintiff's Request for Declaratory Relief is **DENIED**.

3. Judgment is entered in favor of Defendants in the amount of $120,000 plus pre-judgment interest.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.